JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SMITH,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 8:19-cv-00561-JVS (JDEX)<br><br>**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Complaint Filed: 2/14/19<br><br>District Judge: James V. Selna<br>Magistrate Judge: John D. Early<br><br>Courtroom: 10C<br>Trial Date: May 26, 2020 |

On December 5, 2019, Plaintiff SCOTT SMITH along with Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the Parties having stipulated to same, the Court hereby makes the following order:

-1-    Case No. 8:19-CV-00561-JVS (JDEx)
ORDER ON STIPULATION OF VOLUNTARY DISMISSAL

1 | IT IS ORDERED that this entire action is dismissed with prejudice.
2 |
3 | Dated: December 06, 2019
4 |
5 |
6 | By: <u>JAMES V. SELNA</u>
     <u>    UNITED STATES DISTRICT COURT JUDGE</u>